Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-01589- PHX-DWL |
| Plaintiff, | |
| v. | Plaintiff's Ex Parte Application for Subpoena Duces Tecum to Determine Location Where Defendant Justin Villalobos Can Be Served |
| Jason Crews v. Sun Solutions AZ, LLC, *et al.* | |
| Defendants. | |

**Plaintiff's Ex Parte Application for Subpoena Duces Tecum to Determine Location Where Defendant Justin Villalobos Can Be Served**

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, Plaintiff respectfully moves the court to instruct the Clerk of the court to issues subpoenas Duces Tecum to determine allocation where Defendant Justin Villalobos can be served, and requests an additional ninety (90) day's to conduct said discovery and effectuate service. Plaintiff submits a memorandum and proposed subpoenas in support of this motion.

On August 7, 2023, Plaintiff commenced this action alleging that throughout the month of July 2023, Defendants placed at least eight illegal telemarketing phone calls to

1

Plaintiff.  During one of those calls, the caller identified the calling company as Sun Solutions AZ, LLC and the caller as Justin Villalobos.

At all times relevant Justin Villalobos ("Villalobos") was and is currently the manager and CEO of Sun Solutions AZ, LLC, Exhibit A.

Plaintiff requested a waiver of service for all parties on August 11, 2023.  That waiver was returned non-deliverable. Plaintiff has attempted to serve Villalobos at the following locations, and has been unsuccessful.

- 6433 N Bel Air Rd, CASA GRANDE, AZ, 85194.  This is the addresses listed on the Arizona Secretary of State for the officer Justin Villalobos of Solar Solutions AZ, LLC established on October 16, 2021, and Nevada Secretary of state for the officer Justin Villalobos of Nevada Octagon Inc, LLC established May 18, 2023.

Plaintiff has identified the following third parties who are likely to possess records identifying a location for service:

- T-Mobile USA, Inc., the carrier of a telephone number believed to be associated with Pineda.
- Robert Baxter, the managing member and registered agent for Nevada Octagon Inc, LLC.

Therefore, Plaintiff respectfully moves the court to instruct its Clerk to issue subpoenas duces tecum to the aforementioned entities requiring them to produce records in their possession containing Villalobos's most recent contact information.

Dated this October 2, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via email this same date upon:

Justin Villalobos
6433 N Bell Air Rd, Casa Grande, AZ, 85194

and

Sun Solutions AZ, LLC
Wesley Simon, 1339 W Los Lagos Vista, Mesa, AZ, 85202

By:        /s/*Jason Crews*

Jason Crews