UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS,<br><br>        Plaintiff,<br><br>v.<br><br>HONEST TAX, LLC (a Nevada Entity); *et. al.*<br><br>        Defendants. | Case No. 2:22-cv-02120-SMB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO DETERMINE LOCATION WHERE DEFENDANT JUSTIN VILLALOBOS CAN BE SERVED** |

Before the Court is an application for subpoena duces tecum to determine location where defendant Justin Villalobos can be served.

Having considered the application and finding good cause,

- **It is ordered** the application is granted,
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request.
- **It is ordered** the deadline to effectuate service is extended 90 days to February 4, 2024

**IT IS SO ORDERED**.

Dated: _____

                                                                                    _____<br>
                                                                                    Hon. Dominic W. Lanza<br>
                                                                                    United States District Judge