Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-01589- PHX-DWL |
| Plaintiff, | |
| v. | Plaintiff's Motion to Serve by Alternative |
| Jason Crews v. Sun Solutions AZ, LLC, *et al.* | Means of Service |
| Defendants. | |

**Plaintiff's Motion to Serve by Alternative Means of Service**

Pursuant to Federal Rules of Civil Procedure ("FRCP") 4(e)(1) and R. Ariz. R. Civ. P. ("ARCP") 4.1(k) Plaintiff hereby respectfully moves the Court to grant leave to serve and Justin Villalobos ("Villalobos") via alternative service.

Additionally, Plaintiff respectfully moves the Court to postpone the FRCP 4(m) deadline by an additional 90 days to effectuate said alternative service.

On August 7, 2023, Plaintiff commenced this action alleging that throughout the month of July 2023, Defendants placed at least eight illegal telemarketing phone calls to Plaintiff.  During one of those calls, the caller identified the calling company as Sun Solutions AZ, LLC and the caller as Justin Villalobos.

Dated this October 14, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via email this same date upon:
Justin Villalobos
6433 N Bell Air Rd, Casa Grande, AZ, 85194

and

Sun Solutions AZ, LLC
Wesley Simon, 1339 W Los Lagos Vista, Mesa, AZ, 85202

By: /s/*Jason Crews*

Jason Crews