Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br><br>v.<br><br>Jason Crews v. Sun Solutions AZ, LLC, *et al.*<br><br>                Defendants. | Case No.: 2:23-cv-01589- PHX-DWL<br><br>Memorandum in Support of Plaintiff's Motion to Serve by Alternative Means of Service |

**Memorandum in Support of Plaintiff's Motion to Serve by Alternative Means of Service**

On August 7, 2023, Plaintiff commenced this action alleging that throughout the month of July 2023, Defendants placed at least eight illegal telemarketing phone calls to Plaintiff. During one of those calls, the caller identified the calling company as Sun Solutions AZ, LLC and the caller as Justin Villalobos.

**Relevant Service History for Villalobos:**

- August 11, 2023, Plaintiff sent FRCP Rule 4(d) Waiver of Service and supporting documents to Defendant Justin Villalobos ("Villalobos") at 6433 N Bell Air Rd, Casa Grande, AZ, 85194 via USPS. Exhibit 1.
- September 7, 2023, Plaintiff received returned mail from 6433 N Bell Air Rd,

1

Casa Grande, AZ, 85194.  Exhibit 2.

- October 1, 2023, Plaintiff's process server made contact with an individual at 6433 N Bell Air Rd, Casa Grande, AZ, 85194, who identified themselves as the resident and they stated Villalobos was unknown. Exhibit 3.

### Argument

FRCP 4(e)(1) states "…an individual … may be served in a judicial district of the United States by .. (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

ARCP 4.1(k)(1) authorizes "Alternative Means of Service".  It states "If a party shows that the means of service provided in Rule 4.1(c) through Rule 4.1(j) are impracticable, the court may… without notice to the person to be served--order that service may be accomplished in another manner."

- 4.1(c) Saving Service – Plaintiff sent waivers to Villalobos on August 11, 2023, which was returned.

- 4.1(d) Serving an Individual – For the reason stated above, Plaintiff's process server was unable to Villalobos personally, or leave a copy with an individual of sutible age where Villalobos reside.

- 4.1(e), (f), (g), (h), (i), and (j) are not applicable for serving Villalobos, a real person.

It goes on to state "[the] serving party must make a reasonable effort to provide the person being served with actual notice of the action's commencement". Here Plaintiff

2

has made every effort practicable, and now seeks the courts leave to serve Villalobos pursuant to ARCP 4.1(k)(1).

**Conclusion**

It is unknown to Plaintiff wither or not Villalobos is evading service by misleading process servers, or if he is misleading the State of Arizona and the State of Nevada[1], or both, but the effect is the same, and in the interest of Justice Plaintiff respectfully moves the Court to grant leave to serve and Justin Villalobos ("Villalobos") via alternative service.

Additionally, Plaintiff respectfully moves the Court to postpone the FRCP 4(m) deadline by an additional 90 days to effectuate said alternative service.

Dated this October 14, 2023.

/s/*Jason Crews*

Jason Crews

---

[1] 6433 N Bell Air Rd, Casa Grande, AZ, 85194 is the address listed on the Arizona Secretary of State's registration for Justin Villalobos', an officer of Sun Solutions, LLC, mailing address as of October 16, 2021. It is also the address listed on the Nevada Secretary of State's website for Justin Villalobos's, an officer of Nevada Octagon Inc LLC, as of May 18, 2023.

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via email this same date upon:
Justin Villalobos
6433 N Bell Air Rd, Casa Grande, AZ, 85194

and

Sun Solutions AZ, LLC
Wesley Simon, 1339 W Los Lagos Vista, Mesa, AZ, 85202

By: _____/s/*Jason Crews*_____
    Jason Crews

4

# Exhibit 1

10/8/23, 1:22 PM                                                                 Gmail - USPS eReceipt

                                                             Jason Crews <jason.crews@gmail.com>

**USPS eReceipt**
1 message

**DoNotReply@ereceipt.usps.gov** <DoNotReply@ereceipt.usps.gov>
To: jason.crews@gmail.com



https://mail.google.com/mail/u/0/?ik=2a3f34e9ab&view=pt&search=all&permthid=thread-f:1773963467570001454&simpl=msg-f:1773963467570001454    1/2

# Exhibit 2



# Exhibit 3

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **CV23-01589-PHX-DWL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Justin Villalobos**
was recieved by me on  **9/25/2023**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Unknown** after attempting service at **6433 N Bell Air Rd, Casa Grande, AZ 85194**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/01/2023

_____
*Server's signature*

**Shawn Morris**
*Printed name and title*

**2470 W Edgewater Way Unit #2041**
**Chandler, AZ 85248**

_____
*Server's address*

Additional information regarding attempted service, etc:

**9/26/2023 7:16 AM: There was no answer at the address.**
**10/1/2023 8:43 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown.  Per female here told me Justin used to own house a long time ago. Unknown per neighbor.  No numbers to call.**



Tracking #: **0115183350**
