UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                    Plaintiff,<br><br>v.<br><br>Jason Crews v. Sun Solutions AZ, LLC, *et al.*<br><br>                    Defendants. | Case No. 2:22-cv-02120-SMB<br><br>**[PROPOSED] Order Granting Plaintiff's Motion To Serve By Alternative Means Of Service** |

Before the Court is a Motion to Serve by Other Alternative Service. Having considered the motion and good cause appearing, it is

**ORDERED** that Plaintiff will serve the Defendant Justin Villalobos by certified First Class U.S. mail a copy of the Summons, Complaint, Notice and Order Authorizing Alternative Service to the address 6433 N Bell Air Rd, Casa Grande, AZ, 85194;

**IT IS FURTHUR ORDERED** that Plaintiff must file with the Court satisfactory evidence of mailing and that a copy of the Summons, Complaint, and this Order were mailed.

**IT IS FURTHUR ORDERED** that the Plaintiff shall have an additional 90 days to effectuate service.

Dated: _____

                                                              _____
                                                              Hon. Dominic W. Lanza
                                                              United States District Judge