# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01589-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Sun Solutions AZ LLC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's renewed motion to serve Defendant Justin Villalobos by alternative means. (Doc. 29.) For the reasons stated in the attached memorandum (Doc. 29-1) and the incorporated previous motion (Doc. 27-1), the motion is granted.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Doc. 29) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff may serve Villalobos via the following:

1. By posting a copy of the Summons, Complaint, and this order at the address 6433 N Bell Air Rd, Casa Grande, AZ 85194;

2. By mailing via certified First Class U.S. mail a copy of the Summons, Complaint, and this order to the address 6433 N Bell Air Rd, Casa Grande, AZ 85194; and

3. By emailing a copy of the Summons, Complaint, and this order to Justin@SunSolutions.com and zeradiamond@yahoo.com.

1    **IT IS FURTHER ORDERED** that the deadline to serve Villalobos is **April 26, 2024**.

**IT IS FURTHER ORDERED** that if proof of service as to Villalobos is not filed by April 26, 2024, the Clerk of Court shall dismiss Villalobos for failure to serve.

Dated this 1st day of April, 2024.

Dominic W. Lanza
United States District Judge

- 2 -