# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Sun Solutions AZ LLC, et al.,<br><br>    Defendants. | NO. CV-23-01589-PHX-DWL<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Justin Villalobos. DEFAULT ENTERED this 26th day of April, 2024.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 26, 2024

　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　By　　Deputy Clerk