Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:23-cv-01589-PHX-DWL |
|---|---|
| Plaintiff, | |
| v. | Declaration of Jason Crews |
| Sun Solutions AZ, LLC *et al.* | In Support of Entry Of Default Sun |
| Defendants. | Solutions AZ, LLC and Justin Villalobos |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Sun Solutions AZ, LLC, was served a copy of the summons and complaint January 5, 2024.

3. The Defendant in this action, Justin Villalobos, was served a copy of the summons and complaint April 2, 2024.

4. Sun Solutions AZ, LLC was required to file an answer no later than January 26, 2024.

5. Justin Villalobos was required to file an answer no later than April 23, 2024.

6. No answer has been received.

7. Sun Solutions AZ, LLC is a corporation, and is neither an infant nor an incompetent person.

8. Justin Villalobos is is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Justin Villalobos is not currently in the military service of the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this April 28, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Sun Solutions AZ, LLC,
1339 SW Los Lagos Vista,
Mesa, AZ 85202

AND

Justin Villalobos
433 N Bell Air Rd,
Casa Grande, AZ, 85194

By: /s/*Jason Crews*

Jason Crews