# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jason Crews,

        Plaintiff,

v.

Sun Solutions AZ LLC, et al.,

        Defendants.

**NO. CV-23-01589-PHX-DWL**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 10, 2024, judgment is entered in favor of Plaintiff and against Defendant Sun Solutions AZ LLC in the amount of $1,402.00.

Debra D. Lucas
District Court Executive/Clerk of Court

June 10, 2024

        By    s/ D. Draper
               Deputy Clerk