# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01589-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Sun Solutions AZ LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** that Plaintiff's motion (Doc. 37) is granted.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure and the Court's June 10, 2024 order (Doc. 35):

1. Defendant Sun Solutions AZ LLC shall pay Plaintiff service expenses in the amount of $530.29.
2. Defendant Justin Villalobos shall pay Plaintiff service expenses in the amount of $707.29.

Dated this 18th day of June, 2024.

Dominic W. Lanza
United States District Judge